HARDY-RYAN ABSTRACT COMPANY, Respondent, vs. GUN-
DERSON and others, Appellants.

For the appellants: *Henry A. Gunderson* of Portage, at-
torney, and *Lehner & Lehner* of Princeton of counsel.

For the respondent: *Lockney & Lowry,* attorneys, and
*Richard N. Hunter* of counsel, all of Waukesha.

*By the Court.*—Orders affirmed.

STEIN, Respondent, vs. LEX CONSTRUCTION COMPANY,
Appellant.

For the appellant: *J. H. Beuscher* of Milwaukee.

For the respondent: *William F. Shaughnessy* and *Oscar
M. Nebel,* both of Milwaukee.

*By the Court.*—Judgment affirmed.

BYRKA, Appellant, vs. PETERSON, Respondent.

For the appellant: *W. T. Doar* and *W. P. Knowles III,*
both of New Richmond.

For the respondent: *F. E. Yates* of Amery.

*By the Court.*—Judgment affirmed.